CHARLES A. POST, Respondent, *v.* WILLIAM A. SIMMONS, et al., Appellants.

(Argued December 8, 1891; decided December 22, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 15, 1890, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Evarts, Choate & Beaman* for appellants.

*J. Langdon Ward* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

CHARLES H. WILSON, Respondent, *v.* THE BROOKLYN ELEVATED RAILROAD COMPANY, Appellant.

(Argued December 8, 1891; decided December 23, 1891.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made March 25, 1890, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Edward H. Rand, Jr.,* for appellant.

*M. L. Towns* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.